IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ELISABETH AND SCOTT CANNON, | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | 5:06-CV-282 (WDO) |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
|     Defendant | : | |

**ORDER**

Plaintiffs sued Defendant United States Postal Service seeking recovery for property damages suffered by them when their vehicle was allegedly involved in a hit and run accident with a vehicle owned and operated by Defendant USPS. Defendant filed a motion to dismiss based on the Plaintiffs' failure to exhaust their administrative remedies pursuant to the Federal Tort Claims Act. Plaintiffs filed no response to the motion to dismiss. Because Plaintiffs failed to exhaust their statutorily mandated requirements to first file an administrative claim with the USPS, this case is DISMISSED. See McNeil v. United States, 508 U.S. 106, 107 n.1, 113 S. Ct. 1980 (1993) ("The Federal Tort Claims Act (FTCA) provides that an 'action shall not be instituted upon a claim against the United States for money damages' unless the claimant has first exhausted his administrative remedies.") (citing 28 U.S.C. § 2675(a)).

    SO ORDERED this 24th day of October, 2006.


    S/
    WILBUR D. OWENS, JR.
    UNITED STATES DISTRICT JUDGE